UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Roca,<br><br>              Plaintiff,<br><br>       v.<br><br>Rubic LLC,<br><br>              Defendant. | Case No: 1:25-cv-21563-BB |

### JOINT NOTICE OF SETTLEMENT

Now comes the Plaintiff JOHN ROCA and Defendant RUBIC LLC, by and through their respective counsel, provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, Plaintiff will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and will therein request that the case be dismissed and closed with each side to bear their own fees and costs.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

1

DATED: May 20, 2025

| | |
|---|---|
| **SLATER LEGAL PLLC** | **SANDERS LAW GROUP** |
| By:   */s/ James M. Slater* <br> James M. Slater (FBN 111779) <br> 9000 Dadeland Blvd #1500 <br> Miami, Florida 33156 <br> Tel.: (305) 523-9023 <br> james@slater.legal <br><br> *Attorneys for Defendant Rubic, LLC* | By:   */s/ Marian V. Quintero* <br> Marian V. Quintero, Esq. <br> Florida Bar No. 1040194 <br> Email: mquintero@sanderslaw.group <br> Craig Sanders, Esq. <br> Florida Bar No. 985786 <br> Email: csanders@sanderslaw.group <br> 333 Earle Ovington Blvd, Suite 402 <br> Uniondale, NY 11553 <br> Tel: (516) 203-7600 <br><br> *Attorneys for Plaintiff* |