UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21563-BLOOM/Elfenbein

JOHN ROCA,

    Plaintiff,

v.

RUBIC LLC,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [9], indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to allow the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 25-cv-21563-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 20, 2025.

                                                       **BETH BLOOM**
                                                       **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record