### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

John Roca,

                Plaintiff,

                v.

Rubic LLC,

                Defendant.

Case No: 1:25-cv-21563-BB

### JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties respective counsel that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

THIS NOTICE IS JOINTLY SUBMITTED BY:

Dated: May 29, 2025

**SLATER LEGAL PLLC**

By: ___*/s/ James M. Slater*___
James M. Slater (FBN 111779)
9000 Dadeland Blvd #1500
Miami, Florida 33156
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Defendant Rubic, LLC*

**SANDERS LAW GROUP**

By: ___*/s/ Marian V. Quintero*___
Marian V. Quintero, Esq.
Florida Bar No. 1040194
Email: mquintero@sanderslaw.group
Craig Sanders, Esq.
Florida Bar No. 985786
Email: csanders@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600

*Attorneys for Plaintiff*